IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DONNELL BARROW,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Petitioner,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　Case No. 23-3026-JWL
　　　　　　　　　　　　　　　　　　　)
D. HUDSON, Warden, USP-Leavenworth,　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Respondent.　　　　　　)
　　　　　　　　　　　　　　　　　　　)
_____)

## **MEMORANDUM AND ORDER**

By Memorandum and Order of May 9, 2023, the Court denied petitioner's petition for habeas corpus under 28 U.S.C. § 2241; and by Order of May 24, 2023, the Court denied petitioner's motion for reconsideration. Petitioner has filed a notice of appeal. In addition, petitioner has filed in this Court a motion to proceed on appeal *in forma pauperis* (IFP) (Doc. # 18).

On August 24, 2023, the Court issued an Order to Show Cause in which the Court noted that petitioner had not identified the issues that he intends to present on appeal as required to allow the Court to determine whether the appeal is taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir. 1991) ("to succeed on his motion [to proceed IFP on appeal], an appellant must show a financial inability to pay the required filing fees and the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal").

Petitioner's only response to the Court's order has been to file another motion for leave to proceed on appeal IFP (Doc. # 21). In that motion, however, petitioner again failed to identify his issues for appeal. Accordingly, the Court denies both motions to proceed IFP on appeal, and it certifies that petitioner's appeal is not taken in good faith. As the Court explained in its prior orders, petitioner is not entitled to the requested credit against his sentence because of his recidivism risk assessments, and petitioner failed to provide any basis to challenge those assessments, either in support of his petition or in support of his motion for reconsideration. Nor has petitioner identified any good-faith basis to appeal the denial of his petition.

IT IS THEREFORE ORDERED BY THE COURT THAT petitioner's motion to proceed on appeal *in forma pauperis* (Doc. ## 18, 21) is hereby **denied**, and the Court hereby certifies that petitioner's appeal is not taken in good faith.

IT IS SO ORDERED.

Dated this 25th day of September, 2023, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge